**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEONARDO DEBESS WELLS, SR.,      ) | Case No. 2:13-cv-00529-JCM-PAL |
| Plaintiff,      ) | **ORDER** |
| vs.      ) | |
| CAROLYN W. COLVIN, COMMISSIONER OF      ) SOCIAL SECURITY ADMINISTRATION,      ) | |
| Defendant.      ) | |

This matter is before the court on the court's review of the docket. Plaintiff is proceeding in this matter pro se and in forma pauperis. On June 4, 2013, the court entered an Order (Dkt. #4) screening Plaintiff's Complaint (Dkt. #7) pursuant to 28 U.S.C. § 1915 and directing the Clerk of Court to serve the Complaint. The Clerk issued Summons (Dkt. #8) and mailed them with the Complaint to the Office of General Counsel and the Attorney General by certified mail as directed in the Screening Order. *See* Certified Mail Receipts (Dkt. #7). The docket reflects that service is complete on the Office of General Counsel and the U.S. Attorney General. *See* Certified Mail Return Receipt (Dkt. #9); Summons Returned Executed (Dkt. ##10, 11).

Additionally, the Screening Order directed the Clerk of Court to issue summons to the United States Attorney for the District of Nevada and deliver the summons to the U.S. Marshal for service. The Clerk issued Summons (Dkt. #8), but the docket does not reflect that it was delivered with the Complaint to the U.S. Marshal for service or that the U.S. Marshal has effected service of process on the United States Attorney.

/ / /

/ / /

Having reviewed and considered the matter,

**IT IS ORDERED** that the Clerk of the Court shall re-issue summons to the United States Attorney for the District of Nevada and shall deliver a copy of the summons and Complaint (Dkt. #7) to the U.S. Marshal for service.

Dated this 19th day of August, 2013.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2