**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEONARDO DEBVESS WELLS, SR., | 2:13-CV-529 JCM (PAL) |
| Plaintiff(s), | |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant(s). | |

**ORDER**

Presently before the court are the report and recommendation of Magistrate Judge Leen. (Doc. # 17). No objections have been filed even though the deadline date for filing objections has expired.

Plaintiff has filed a motion for entry of clerk's default (doc. # 15) and a motion for default judgment (doc. # 16). However, at the time these motions were filed, plaintiff had not properly served the United States as required by Federal Rule of Civil Procedure 4(I). As such, the magistrate judge recommends that these motions be denied.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

**James C. Mahan**
**U.S. District Judge**

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then this court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this court finds it appropriate to engage in a de novo review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and underlying briefs, this court finds good cause appears to ADOPT the magistrate judge's findings in full.

Accordingly,

IT IS HEREBY, ORDERED, AND DECREED that the report and recommendation of Magistrate Judge Leen (doc. # 17) are ADOPTED in their entirety.

IT IS FURTHER ORDERED that plaintiff's motion for entry of clerk's default (doc. # 15) is DENIED.

IT IS FURTHER ORDERED that plaintiff's motion for default judgment (doc. # 16) is DENIED.

DATED March 20, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**