**James C. Mahan
U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEONARDO DEBESS WELLS, SR., | Case No. 2:13-CV-529 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant(s). | |

Presently before the court is *pro se* plaintiff Leonardo DeBess Wells, Sr.'s (hereinafter "plaintiff") motion to withdraw or dismiss complaint, motion, and response.  (Doc. # 42).  Defendant Michael J. Astrue (hereinafter "defendant") did not file a response, and the deadline to respond has now passed.

This is a social security case.  Plaintiff filed his complaint with this court on March 27, 2013, seeking review of the Social Security Administration's denial of benefits.  (Doc. # 7).  On March 24, 2014, plaintiff filed a motion to reverse or remand.  (Doc. # 30).  Defendant filed a response, (doc. # 35), and cross-motion to affirm, (doc. # 34).  Plaintiff then filed a response to the cross-motion to affirm, (doc. # 36), and a reply to defendant's response to the motion to remand, (doc. # 37).  These motions are currently pending before the magistrate judge.

On March 18, 2015, plaintiff filed the instant motion, entitled: "Notice of withdrawal or dismissal of complaint, motion and response."  (Doc. # 42).  In his motion, plaintiff states that he withdraws his complaint, motion, and response, as well as any answer, responsive motion, or counter motion.  (Doc. # 42).

1    Pursuant to District of Nevada Local Rule 7-2(d), "the failure of an opposing party to file
2  points and authorities in response to any motion shall constitute a consent to the granting of the
3  motion." LR 7-2(d). However, the court will not automatically grant every unopposed motion.
4  Instead, the court must weigh the following factors before dismissing the action: (1) the public's
5  interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the
6  risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their
7  merits; and (5) the availability of less drastic sanctions. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir.
8  1995). In consideration of these factors, the court finds that dismissal is appropriate.

9    Accordingly,

10   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to
11  withdraw or dismiss complaint, motion, and response, (doc. # 42), be, and the same hereby is,
12  GRANTED. Plaintiff's complaint is hereby DISMISSED.

13   The clerk shall close the case.

14   DATED April 14, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -